**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BERTHA GARZA ESPARZA** | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CIVIL NO. 5:25-CV-296** |
| | § | |
| **DRURY HOTELS COMPANY, LLC** | § | **JURY** |
| **d/b/a DRURY PLAZA HOTEL** | § | |
| **SAN ANTONIO RIVERWALK** | § | |
| **Defendant** | § | |

**DEFENDANT DRURY HOTELS, LLC'S**
**7.1 DISCLOSURE STATEMENT**

TO THE HONORABLE UNITED STATES JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

Defendant Drury Hotels Company, LLC, d/b/a Drury Plaza Hotel San Antonio Riverwalk, by and through its undersigned counsel, files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

Drury Hotels Company, LLC has two members. Those members are DDC Hotels Inc., which is a Missouri corporation with a principal place of business in St. Louis, Missouri, and DSW Industries Inc., which is a Nevada corporation with a principal place of business in Cape Girardeau, Missouri. These entities are not publicly traded entities.

Dated: April 23, 2025

Respectfully submitted,



By:_____

David Brenner
Texas State Bar No. 02958020
dbrenner@bajb.com
BURNS ANDERSON JURY & BRENNER, L.L.P.
P.O. Box 26300
Austin, Texas 78755-0300
512-338-5322 telephone
512-338-5363 telecopier

Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Lowenberg, for Plaintiff
State Bar No. 24001164
Grant Golson
State Bar No. 24134698
Cameron Klement
State Bar No. 24106159
LOWENBERG LAW FIRM, PLLC
5433 Westheimer, Suite 900
Houston, TX 77056

_____

David Brenner

2